UNITED STATES of America, Plaintiff-Appellee,

v.

David L. HUGGARD, Defendant-Appellant.

No. 17-6457

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 25, 2017

David L. Huggard, Appellant Pro Se. Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David L. Huggard appeals from the district court's order denying his motion for judicial recusal and the production of documents. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Huggard*, No. 1:13-cr-00005-JPJ-1, 2017 WL 1181015 (W.D. Va. Mar. 28, 2017). We deny Huggard's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED*